EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Maritza Candelaria Bonet | 2013 TSPR 13<br><br>187 DPR ____ |

Número del Caso: TS-13553

Fecha: 12 de febrero de 2013

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que
está sujeto a los cambios y correcciones del proceso de compilación y
publicación oficial de las decisiones del Tribunal. Su distribución
electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Maritza Candelaria Bonet                    TS-13,553

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de febrero de 2013.

Examinada la *Solicitud para reactivar abogada en el Registro Único de Abogados y Abogadas*, se declara con lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo